### LEE *v.* McCARTY *et al.*

ATKINSON, J. 1. The undisputed evidence required a finding for the defendant; and if there were any errors in some of the rulings of the court or inaccuracies in the charge, they were not such as to necessitate a new trial.

2. Sufficient foundation was laid as to the loss of the deed under which defendant prescribed, to admit secondary evidence thereof.

3. A refusal to allow an amendment to a petition and sustaining a demurrer thereto furnishes no ground for a motion for a new trial. *Turner* v. *Barber*, 131 Ga. 444 (62 S. E. 587) ; *Hawkins* v. *Studdard*, 132 *Ga.* 262 (63 S. E. 852) ; *Leathers* v. *Leathers*, 132 *Ga.* 211 (63 S. E. 1118).
                    *Judgment affirmed. All the Justices concur.*

Argued January 22,—Decided June 17, 1909.

Complaint for land. Before Judge Felton. Crawford superior court. July 6, 1908.

*R. L. Rodgers,* for plaintiff. *H. A. Mathews,* for defendants.